EOD JAN 13 '04

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| PEARLIE JO RAULSTON, Individually § <br> and as Executrix of the § <br> ESTATE OF HAROLD DEAN RAULSTON § <br> and LARRY WADE RAULSTON § <br> § <br> V. § <br> § <br> JONES BROTHERS, INC., § <br> JONES BROS., INC., d/b/a GLADE WEST § <br> and UNION PACIFIC RAILROAD CO. § | NO. 2:02CV100-TJW |

## ORDER

All pending motions are hereby DENIED AS MOOT. Pursuant to the parties' settlement, this case is closed.

SIGNED this 13th day of January, 2004.

T. JOHN WARD
UNITED STATES DISTRICT JUDGE

